| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sargis, Ronald H. | 2. Court or Organization<br><br>Bkcy Court, Eastern District of California | 3. Date of Report<br><br>11/06/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - Full Time | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court, ED California
501 I Street, Suite 3-200
Sacramento, CA 95814

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee -- Trust #1 | Trust #1, |
| 2. | Executor -- Estate #1 -- No Probate - All Assets in Trust #1 | Estate #1, |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | State of California, California Department of Public Health --- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of the West | Rental Property #1, Sacramento, California | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property #1, Sacrarmento, California | D | Rent | M | W | | | | | |
| 2. | Rental Property #2, Sacramento, California | D | Rent | N | W | | | | | |
| 3. | Bank of America Demand Accounts | A | Interest | L | T | | | | | |
| 4. | Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 5. | Bank of the West Money Market Account | A | Interest | J | T | | | | | |
| 6. | Bank of America Accounts, | A | Interest | K | T | | | | | |
| 7. | Bank of America Accounts, | A | Interest | J | T | | | | | |
| 8. | State Farm Whole Life Insurance | A | Int./Div. | J | T | | | | | |
| 9. | MINERAL RIGHTS, Livingston, CA | | None | J | W | | | | | |
| 10. | -------------------------------- | | | | | | | | | |
| 11. | Brokerage Account #1 | | | | | | | | | |
| 12. | amended: MERRIL LYNCH DIRECT DEPOSIT (CASH ACCOUNT) | A | Int./Div. | J | T | Open | 07/31/12 | J | | |
| 13. | ADT CORP | A | Distribution | J | T | Spinoff (from line 15) | 10/04/12 | J | | |
| 14. | PENTAIR LTD | A | Distribution | J | T | Spinoff (from line 15) | 10/04/12 | J | | |
| 15. | TYCO INTERNAT TYC | A | Dividend | J | T | | | | | |
| 16. | COVIDIEN PLC COV | A | Dividend | J | T | | | | | |
| 17. | TE CONNECTIVITY LTD (name change from TYCO ELECTRONICS) TEL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. THERMOGENSIS KOOL | | None | J | T | | | | | |
| 19. NOKIA NOK | A | Dividend | J | T | | | | | |
| 20. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 21. | | | | | Buy (add'l) | 08/01/12 | J | | |
| 22. SIRIUS XM SIRI | A | Dividend | J | T | | | | | |
| 23. All Interests Fully Divested in Yr for Brokerage Account #1 | | | | | | | | | |
| 24. STARBUCKS SBUX | A | Dividend | | | Sold | 07/31/12 | J | B | |
| 25. HOME DEPOT INC HD | A | Dividend | | | Sold | 07/31/12 | J | A | |
| 26. ------------------------------------------- | | | | | | | | | |
| 27. Brokerage Account #2 | | | | | | | | | |
| 28. CASH ACCOUNT, GOLDMAN SACHS BANK USA (X) | A | Interest | L | T | | | | | |
| 29. amended: FIRST TENNESSEE BANK, NA - CASH ACCOUNT | A | Dividend | J | T | Open | 12/28/12 | J | | |
| 30. ORACLE ORCL | A | Dividend | L | T | | | | | |
| 31. DREYFUS TECH GROWTH DTGBX | A | Dividend | J | T | Sold (part) | 12/28/12 | J | B | |
| 32. All Interests Fully Divested in Yr for Brokerage Account #2 | | | | | | | | | |
| 33. ALLIANZ NFS SMALL CAP PCVAX | A | Dividend | | | Sold | 12/28/12 | J | A | |
| 34. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DREYFUS CORE EQUITY DLTSX | A | Dividend | | | Sold | 12/28/12 | J | A | |
| 36. FED EQUITY FDS, CAP APPRE CPABX | A | Distribution | | | Sold | 12/28/12 | J | A | |
| 37. | A | Dividend | | | | | | | |
| 38. FED MKT OPPORTUNITY FMAAX | A | Dividend | | | Sold | 12/28/12 | K | A | |
| 39. PIONEER CULLEN VALUE | A | Dividend | | | Sold | 12/28/12 | K | C | |
| 40. ----------------------------------- | | | | | | | | | |
| 41. Brokerage Account #3 | | | | | | | | | |
| 42. HARTFORD CAP APPRC FD HCACX | A | Dividend | J | T | Sold (part) | 08/31/12 | J | A | |
| 43. ----------------------------------- | | | | | | | | | |
| 44. Brokerage Account #4 | | | | | | | | | |
| 45. GROWTH FD AMER GFACX | A | Dividend | J | T | | | | | |
| 46. SECURITY EQUITY FUND (Renamed GUGG MDCP) SEVSX | A | Distribution | J | T | | | | | |
| 47. | A | Dividend | | | | | | | |
| 48. BLACKROCK GLOBAL ALLOCATION MCLOX | A | Dividend | J | T | | | | | |
| 49. ----------------------------------- | | | | | | | | | |
| 50. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 51. amended: GOLDMAN SACHS INSURED CASH ACCOUNT | A | Interest | J | T | Open | 07/31/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COSTCO | A | Dividend | J | T | | | | | |
| 53. STARBUCKS | A | Dividend | | | Sold | 07/31/12 | J | A | |
| 54. ------------------------------------ | | | | | | | | | |
| 55. BROKERAGE ACCOUNT #8 IRA Rollover | | | | | | | | | |
| 56. Assets Owned 12/31/12 | | | | | | | | | |
| 57. GENERAL MARKET CASH FUND, RW BAIRD | A | Dividend | J | T | | | | | |
| 58. GLOBAL X FUNDS ASEAN 40 ETF ASEA | A | Dividend | J | T | Sold (part) | 02/29/12 | J | A | |
| 59. ISHARES MSCI ACWI EX US INDEX FD ACWX | A | Dividend | J | T | | | | | |
| 60. | | | | | Sold (part) | 02/29/12 | J | A | |
| 61. ISHARES MSCI ALL COUNTRY ASIA EX JAPAN ETF AAXJ | A | Dividend | J | T | Buy | 03/05/12 | J | | |
| 62. | | | | | Buy (add'l) | 06/07/12 | J | | |
| 63. ISHARES MSCI CANADA INDEX ETF EWC | A | Dividend | J | T | Buy | 06/07/12 | J | | |
| 64. ISHARES MSCI GERMANY INDEX ETF EWG | A | Dividend | J | T | Buy | 01/27/12 | J | | |
| 65. | | | | | Sold (part) | 02/29/12 | J | A | |
| 66. ISHARES MSCK PACIFIC EX JAPAN ETF EPP | A | Dividend | J | T | Buy | 01/27/12 | J | | |
| 67. | | None | | | Sold (part) | 02/29/12 | J | A | |
| 68. ISHARES MSCI SWITZERLAND INDEX EFT EWL | | None | J | T | Buy | 11/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES MSCI UNITED KINGDON INDEX ETF EWU | A | Dividend | J | T | Sold (part) | 02/29/12 | J | A | |
| 70. | | | | | Sold (part) | 11/06/12 | J | A | |
| 71. ISHARES MSCI EAFE INDEX ETF EFA | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 72. ISHARES TR MSCI EMERGING MKTS ETF EEM | A | Dividend | J | T | Buy (add'l) | 01/11/12 | J | | |
| 73. | | | | | Sold (part) | 02/29/12 | J | A | |
| 74. | | | | | Sold (part) | 03/22/12 | J | A | |
| 75. ISHARES CORE S&P SMALL CAP ETF (Renamed SmallCap 600) IJR | A | Dividend | J | T | Buy (add'l) | 02/22/12 | J | | |
| 76. amended:FKA Small Cap 600 Index FD | A | Distribution | | | Sold (part) | 02/29/12 | J | A | |
| 77. | | | | | Sold (part) | 10/26/12 | J | A | |
| 78. ISHARES CORE S&P MID CAP ETF (Renamed MidCap 400) IJH | A | Dividend | J | T | Sold (part) | 11/30/12 | J | A | |
| 79. amended -- FKA IShares S&P MidCap 400 Index FD | | | | | Sold (part) | 12/20/12 | J | A | |
| 80. | | | | | Sold (part) | 02/29/12 | J | A | |
| 81. | | | | | Sold (part) | 09/14/12 | J | A | |
| 82. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF HYG | A | Dividend | J | T | Sold (part) | 02/29/12 | J | A | |
| 83. ISHARES MSCI EMU INDEX ETF EZU | A | Dividend | J | T | Buy | 09/04/12 | J | | |
| 84. ISHARES TRUST JPMORGAN USD EMERG MARKETS BOND FD EMB | A | Dividend | J | T | Buy (add'l) | 01/05/12 | J | | |
| 85. | | | | | Sold (part) | 02/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 03/21/12 | J | A | |
| 87. POWERSHARES INTL DIVIDEND ACHIEVERS ETF PID | A | Dividend | J | T | Sold (part) | 01/27/12 | J | A | |
| 88. | | | | | Sold (part) | 01/31/12 | J | | |
| 89. | | | | | Sold (part) | 02/29/12 | J | A | |
| 90. | | | | | Sold (part) | 03/05/12 | J | | |
| 91. POWERSHARES ETF DWA TECHNICAL LEADERS PDP | A | Dividend | J | T | Sold (part) | 02/29/12 | J | A | |
| 92. POWERSHARES GLOBAL ETF FUND HIGH YIELD CORP BOND PHB | A | Dividend | J | T | Sold (part) | 02/29/12 | J | | |
| 93. | | | | | Sold (part) | 03/22/12 | J | | |
| 94. POWERSHARES S&P 500 HIGH BETA ETF SPHB | A | Dividend | J | T | Buy | 08/22/12 | J | | |
| 95. POWERSHARES TRUST II S&P 500 LOW VOLATILITY ETF SPLV | A | Dividend | J | T | Buy (add'l) | 05/09/12 | J | | |
| 96. | | | | | Sold (part) | 01/27/12 | J | A | |
| 97. POWERSHARES SENIOR LOAN PORT ETF BKLN (NYSE ARCA) | A | Dividend | J | T | Buy | 10/18/12 | J | | |
| 98. SPDR BARCLAYS CAP HIGH YIELD BOND ETF JNK | A | Dividend | J | T | Sold (part) | 01/06/12 | J | A | |
| 99. | | Distribution | | | Sold (part) | 02/29/12 | J | A | |
| 100. | | | | | Sold (part) | 10/18/12 | J | A | |
| 101. VANGUARD DIVIDEND APPRECIATION ETF VIG | A | Dividend | J | T | Buy | 01/23/12 | J | | |
| 102. | | | | | Sold (part) | 02/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 03/14/12 | J | | |
| 104. | | | | | Buy (add'l) | 03/22/12 | J | | |
| 105. | | | | | Sold (part) | 06/04/12 | J | A | |
| 106. VANGUARD EMERGING MKTS ETF VWO | A | Dividend | J | T | Sold (part) | 02/29/12 | J | A | |
| 107. | | | | | Buy (add'l) | 09/17/12 | J | | |
| 108. VANGUARD MSCI EUROPE ETF VGK | A | Dividend | J | T | Buy | 06/07/12 | J | | |
| 109. | | | | | Sold (part) | 06/26/12 | J | A | |
| 110. | | | | | Buy (add'l) | 08/29/12 | J | | |
| 111. | | | | | Buy (add'l) | 10/26/12 | J | | |
| 112. VANGUARD MSCI EAFE ETF VEA | A | Dividend | J | T | Buy | 01/27/12 | J | | |
| 113. | | | | | Sold (part) | 02/29/12 | J | A | |
| 114. | | | | | Buy (add'l) | 07/03/12 | J | | |
| 115. VANGUARD LARGE CAP ETF VV | A | Dividend | J | T | Sold (part) | 02/29/12 | J | A | |
| 116. | | | | | Buy (add'l) | 03/28/12 | J | | |
| 117. | | | | | Buy (add'l) | 05/09/12 | J | | |
| 118. | | | | | Buy (add'l) | 05/18/12 | J | | |
| 119. | | | | | Buy (add'l) | 06/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 06/14/12 | J | | |
| 121. | | | | | Sold (part) | 06/25/12 | J | A | |
| 122. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 123. | | | | | Buy (add'l) | 08/22/12 | J | | |
| 124. | | | | | Buy (add'l) | 10/11/12 | J | | |
| 125. VANGUARD SHORT TERM CORP BOND ETF VCSH | A | Dividend | J | T | Buy | 01/06/12 | J | | |
| 126. | A | Distribution | | | Sold (part) | 02/29/12 | J | A | |
| 127. WISDOMTREE TR EMERGING MARKETS SMALL CAP DIVIDEND DGS | A | Dividend | J | T | Sold (part) | 02/29/12 | J | A | |
| 128. WISDOMTREE JAPAN HEDGED EQUITY ETF DXJ | A | Dividend | J | T | Buy | 12/20/12 | J | | |
| 129. WISDOMTREE LARGE CAP DIVIDEND ETF DLN | A | Dividend | K | T | Buy (add'l) | 02/22/12 | J | | |
| 130. | | | | | Sold (part) | 02/29/12 | J | A | |
| 131. | | | | | Sold (part) | 05/09/12 | J | A | |
| 132. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 133. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 134. All Interests Fully Divested in Yr for Brokerage Account #8 | | | | | | | | | |
| 135. (Correction) GLOBAL X FUNDS CHINA CONSUMER CHIQ | | | | | Sold | 11/23/11 | J | A | See Part VIII |
| 136. DBX ETF TRUST MSCI EAFE CURRENCY HEDGED EQUITY FD | A | Dividend | | | Sold (part) | 02/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 06/07/12 | J | A | |
| 138. FIRST TRUST NASDAQ ABA COMM BANK INDX QABA | A | Dividend | | | Sold | 02/22/12 | J | A | |
| 139. | A | Distribution | | | | | | | |
| 140. ISHARES INC MSCI JAPAN INDEX FD | | None | | | Buy | 03/05/12 | J | | |
| 141. | | | | | Sold | 06/07/12 | J | A | |
| 142. ISHARES MSCI CDA INDX | A | Dividend | | | Sold | 02/29/12 | J | A | |
| 143. ISHARES TR DOW JONES US FINL SVCS INDEX FD | A | Dividend | | | Buy | 03/28/12 | J | | |
| 144. | | | | | Sold (part) | 05/09/12 | J | A | |
| 145. | | | | | Sold (part) | 06/14/12 | J | A | |
| 146. | | | | | Buy (add'l) | 09/14/12 | J | | |
| 147. | | | | | Sold (part) | 11/01/12 | J | A | |
| 148. | | | | | Sold | 11/30/12 | J | A | |
| 149. ISHARES TR DOW JONES US ENERGY SECTOR | A | Dividend | | | Sold (part) | 02/29/12 | J | A | |
| 150. | | | | | Sold (part) | 03/27/12 | J | A | |
| 151. | | | | | Sold | 05/07/12 | J | A | |
| 152. ISHARES TRUST S&P LATIN AMERN 40 INDEX FD | A | Dividend | | | Buy | 01/27/12 | J | | |
| 153. | | | | | Sold (part) | 02/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 06/25/12 | J | A | |
| 155. amended: Lines 155 and 156 Listed in Error | | | | | | | | | |
| 156. Duplicate of Lines 92 and 93 Above | | | | | | | | | |
| 157. POWERSHARES ETF DIVIDEND ACHIEVERS | | None | | | Sold (part) | 01/27/12 | J | A | |
| 158. | | | | | Sold (part) | 02/29/12 | J | A | |
| 159. | | | | | Sold | 03/05/12 | J | A | |
| 160. SECTOR SPDR SBI CONSUMER DISCRETIONARY XLY | A | Dividend | | | Sold | 01/23/12 | J | | |
| 161. SECTOR SPDR SBI CONSUMER DISCRETIONARY XLY | A | Dividend | | | Sold (part) | 01/23/12 | J | A | |
| 162. | | | | | Sold (part) | 02/29/12 | J | A | |
| 163. | | | | | Sold | 03/28/12 | J | B | |
| 164. SELECT SECTOR SPDR TRUST SBI UTILITIES | A | Dividend | | | Buy | 05/09/12 | J | | |
| 165. | | | | | Sold | 08/22/12 | J | A | |
| 166. POWERSHARES EFT DIVIDENED ACHIEVERS PFM | | None | | | Sold (part) | 01/2/12 | J | A | |
| 167. | | | | | Sold (part) | 02/29/12 | J | A | |
| 168. | | | | | Sold | 03/05/12 | J | A | |
| 169. SPDR SERIES DOW JONES REIT ETF | A | Distribution | | | Buy (add'l) | 02/22/12 | J | | |
| 170. | A | Dividend | | | Sold (part) | 02/29/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 09/17/12 | J | A | |
| 172. | | | | | Sold (part) | 11/30/12 | J | A | |
| 173. | | | | | Sold | 12/05/12 | J | A | |
| 174. SPDR GOLD TRUST GOLD SHARES | | None | | | Buy | 03/27/12 | J | | |
| 175. | | | | | Sold | 05/17/12 | J | A | |
| 176. SPDR MIDCAP 400 ETF SER 1 S&P DEP RCPT MDY | A | Dividend | | | Sold (part) | 02/29/12 | J | A | |
| 177. | | | | | Sold | 06/27/12 | J | A | |
| 178. SECTOR SPDR TR SHS BEN INT HEALTH CARE | A | Dividend | | | Sold (part) | 02/29/12 | J | A | |
| 179. | | | | | Sold | 11/30/12 | J | B | |
| 180. VANGUARD ENERGY ETF VDE | | None | | | Sold (part) | 02/29/12 | J | A | |
| 181. | | | | | Sold | 03/28/12 | J | B | |
| 182. VANGUARD INFORMATION TECH ETF VGT | | None | | | Sold (part) | 02/22/12 | J | A | c |
| 183. | | | | | Sold (part) | 02/29/12 | J | A | |
| 184. | | | | | Sold (part) | 03/28/12 | J | A | |
| 185. | | | | | Sold | 10/11/12 | J | B | |
| 186. | | | | | Sold | 11/01/12 | J | B | |
| 187. VANGUARD INDUSTRIALS ETF VIS | | None | | | Sold (part) | 01/06/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 11/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 03/28/12 | J | A | |
| 189. ----------------------------------------- | | | | | | | | | |
| 190. Brokerage Account #9 IRA Rollover | | | | | | | | | |
| 191. CASH/MONEY MARKET -- RW Baird General MMKT Class A | A | Int./Div. | J | T | | | | | |
| 192. CAPITAL WORLD GWTH & INCOME FD CWGFX | B | Dividend | K | T | | | | | |
| 193. CALAMOS CONVERTIBLE FUND CICVX | A | Dividend | K | T | | | | | |
| 194. | C | Distribution | | | | | | | |
| 195. DAVIS NEW YORK VENTURE DNVYX | B | Dividend | L | T | Sold (part) | 11/01/12 | J | A | |
| 196. | C | Distribution | | | | | | | |
| 197. GROWTH FUND AMER GFAFX | A | Dividend | L | T | Buy (add'l) | 03/05/12 | K | | |
| 198. | | | | | Sold (part) | 11/01/12 | J | A | |
| 199. HARRIS ASSOC INVT OAKMARK INTL FD OAKIX | A | Dividend | K | T | Buy (add'l) | 03/05/12 | J | | |
| 200. | | | | | | | | | |
| 201. HUSSMAN INVT GROWTH FD HSGFX | A | Dividend | K | T | | | | | |
| 202. | | | | | | | | | |
| 203. IVY FDS INC ASSET STRATEGY FD WASYX | B | Dividend | L | T | | | | | |
| 204. KEELEY FUNDS SMALL CAP VALUE KSCIX | | None | K | T | Sold (part) | 11/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. LOOMIS SAYLES BOND INSTL LSBDX | A | Dividend | J | T | Buy | 03/05/12 | J | | |
| 206. PERMANENT PORTFOLIO FD PRPFX | A | Distribution | L | T | Sold (part) | 11/01/12 | J | A | |
| 207. | A | Dividend | | | | | | | |
| 208. SECURITY EQUITY FD MID CAP VALUE SEVAX | B | Distribution | K | T | | | | | |
| 209. | | | | | | | | | |
| 210. STRATTON SMALL CAP VALUE STSCX | A | Distribution | J | T | Buy | 03/05/12 | J | | |
| 211. | A | Dividend | | | | | | | |
| 212. VANGUARD INTER TERM BOND FUND VBIIX | A | Dividend | K | T | | | | | |
| 213. | A | Distribution | | | | | | | |
| 214. -------------------------------------- | | | | | | | | | |
| 215. Trust #1 | | | | | | | | | |
| 216. CALIFORNIA BANK & TRUST -- DEPOSIT ACCOUNTS | A | Interest | L | T | | | | | |
| 217. amended: BANK OF AMERICA, N.A. | A | Interest | M | T | Open | 11/09/12 | M | | |
| 218. US GOVERNMENT BONDS | E | Interest | M | T | | | | | |
| 219. METROPOLITAN LIFE INSURANCE PROCEEDS | B | Interest | | | Matured | 11/09/12 | M | | |
| 220. -------------------------------------- | | | | | | | | | |
| 221. Estate #1 | | None | | | Closed | 12/31/12 | | | All Assets in Trust #1 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 135 -- Global X Funds China Consumer CHIQ -- All shares were sold in 2011.  November 23, 2011 sale of the remaining ▯ shares of this fund erroneously left off of 2011 Report

Part VII, Line 221 - Estate 1.  No probate opened and no estate assets to be administered.  All assets are part of Trust 1 and administered through the Trust.

November 6, 2013 Amendment

Part VII

Line 12 -- Opening date of deposit account shown for proceeds of sale.

Line 29 -- Opening date of deposit account shown for proceeds of sale.

Line 51 -- Opening date of deposit account shown for proceeds of sale.

Line 155, 156 -- Item on 155 listed in error.  Duplicate of funds listed on lines 92 and 93 of Part VII.

Line 127 --  Opending date of deposit account shown for insurance proceeds from Line 219.

From 2011 Report

2011 Report Line 58 MidCap 400 Index Fund was renamed IShares Core S&P MidCap ETF listed on line 78 of 2012 original and November 6, 2013 amended report.

2011 Report Line 59 IShares TR S&P SMallCap 600 Indx FD was renamed IShares Core S&P SmallCap ETF listed on line 75 of 2012 original and November 6, 2013 amended report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald H. Sargis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544